NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JAN 26 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RANDY MICHAEL KI'HEEM MOORE,

Plaintiff-Appellant,

v.

UNKNOWN PARTY, Inmate Legal Support
Specialist S/N B1300; et al.,

Defendants-Appellees.

No. 21-15156

D.C. No. 2:20-cv-01418-JAT-CDB

MEMORANDUM*

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted January 19, 2022**

Before: SILVERMAN, CLIFTON, and HURWITZ, Circuit Judges.

Pretrial detainee Randy Michael Ki'Heem Moore appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging an

access-to-courts claim. We have jurisdiction under 28 U.S.C. § 1291. We review

de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443,

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

447 (9th Cir. 2000).  We affirm.

The district court properly dismissed Moore's access-to-courts claim because Moore failed to allege facts sufficient to demonstrate that he suffered an actual injury.  *See Lewis v. Casey*, 518 U.S. 343, 349-53 (1996) (elements of an access-to-courts claim and actual injury requirement); *see also Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are construed liberally, a plaintiff must present factual allegations sufficient to state a plausible claim for relief).

We do not consider arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**